# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ANGELO DI VEROLI,**<br><br>Plaintiff,<br><br>v.<br><br>**FANTASEA RESORTS GROUP, INC.,**<br><br>Defendant. | Case No. 1:19-cv-05816-JBS-JS |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Angelo Di Veroli hereby dismisses this action without prejudice. Defendant has not yet answered the Complaint or moved for summary judgment.

Dated: August 28, 2019        Respectfully submitted,

/s/Stamatios Stamoulis
Stamatios Stamoulis
800 N. West Street, Third Floor
Wilmington, DE 19801
Telephone: (302) 999-1540
Facsimile: (302) 762-1688
stamoulis@swdelaw.com

**Counsel for Plaintiff
Angelo Di Veroli**

## CERTIFICATE OF SERVICE

  The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on August 28, 2019, via the Court's CM/ECF system.

      /s/Stamatios Stamoulis
      Stamatios Stamoulis

SO ORDERED this _____ day of _____, _____.

      _____
      UNITED STATES DISTRICT JUDGE